## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James A. Butler,

        Petitioner,

v.

Warden Duke Terrell,

        Respondent,

Civil No. 07-4807 (RHK/JJG)

**ORDER**

      The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3).  No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that:

      1.  The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

      2.  Petitioner's application to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

      3.  This action is summarily **DISMISSED** for lack of jurisdiction.

Date:  January 8, 2008

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge